# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 1:20-CR-0032-01 |
| | : | |
| v. | : | |
| | : | |
| BRANDON HARRIS | : | |
| | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, this 2nd day of January, 2024, in accordance with the accompanying memorandum of law, **IT IS ORDERED THAT**

1. Defendant Brandon Harris' motion to vacate or set aside conviction or correct sentence under 28 U.S.C. § 2255(f)(1), Doc. 201, is **DENIED.**

2. No certificate of appealability shall issue.

3. The Clerk of Courts is directed to close this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania
